## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BETTY WARREN, WIDOW OF**
**AND ADMINISTRATOR OF THE**
**ESTATE OF WILLIAM RICHARD**
**WARREN, Deceased**                                                   **PLAINTIFF**

**v.**                          **Case No.: 4:22-cv-00388-LPR**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**              **DEFENDANT**

### JUDGMENT

Pursuant to the Order that was entered today, it is hereby CONSIDERED, ORDERED, and

ADJUDGED that judgment is entered for Defendant on all claims.

IT IS SO ADJUDGED this 31st day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE